| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>           -v-<br><br>Erik Feliz<br>                    Defendant(s).<br>-------------------------------------------------------------X | **20 MAG 11656**<br><br>**CONSENT TO PROCEED BY<br>TELECONFERENCE**<br><br>       -cr-    (    ) |

Defendant Erik Feliz hereby voluntarily consents to participate in the following proceeding via ~~Videoconferencing~~ Teleconferencing:

__X__   Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Felony Plea/Trial/Sentence


Erik Feliz_____                    _A. James Bell_____
Defendant's Signature                                                      Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


Erik Feliz                                                                              Angus James Bell
Print Defendant's Name                                                  Print Defense Counsel's Name


This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

October 27, 2020                                                       _____
Date                                                                             U.S. Magistrate Judge – ONA T. WANG